UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
EXCEED TALENT CAPITAL, LLC,                :
                                           :
                   Plaintiff,   :   23-cv-10647 (GHW) (RWL)
                                           :
          v.                               :
                                           :
DURK DERRICK BANKS p/k/a LIL DURK,         :
ANDREW BONSU, ONLY THE FAMILY              :
ENTERTAINMENT, INC., OTF LABEL and         :
TTPMG, LLC,                                :
                                           :
                  Defendants.   :
                                           :
------------------------------------- X

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS DURK DERRICK BANKS p/k/a LIL DURK,
ONLY THE FAMILY ENTERTAINMENT, INC. AND OTF LABEL**

      The appearing parties to this action, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate that all claims asserted in this action against defendants Durk Derrick Banks p/k/a Lil Durk, Only The Family Entertainment, Inc. and OTF Label (collectively, the "Banks Defendants") shall be and the same hereby are dismissed with prejudice and without costs or fees to any party, the Banks Defendants waiving all rights of appeal. This Stipulation does not dismiss the claims asserted in this action against non-appearing defendants Andrew Bonsu and TTPMG, LLC and nothing in this Stipulation shall, or shall be construed to, release, waive, diminish, impair or otherwise affect any claims and rights that any party may possess against those non-appearing defendants.

Dated: October 28, 2025

| | |
|---|---|
| ROSENBERG, GIGER & PERALA, P.C. | JONATHAN D. DAVIS, P.C. |
| By: *[signature]* <br> John J. Rosenberg <br> Brett T. Perala <br> 152 West 57th Street, 18th Floor <br> New York, New York 10019 <br> Tel: (646) 494-5000 <br> jrosenberg@rglawpc.com <br> bperala@rglawpc.com | By: *Jonathan Davis* <br> Jonathan D. Davis <br> 1 Rockefeller Plaza, Suite 1712 <br> New York, New York 10020 <br> Tel: (212) 687-5464 <br> jdd@jddavispc.com |
| *Attorneys for Plaintiff Exceed Talent Capital, LLC* | *Attorneys for Durk Derrick Banks p/k/a Lil Durk and Only The Family Entertainment, Inc., sometimes d/b/a OTF Label* |