UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EXCEED TALENT CAPITAL, LLC                    :
                                              :        23-CV-10647 (GHW) (RWL)
                              Plaintiff,       :
                                              :
                    - against -               :        **ORDER**
                                              :
DURK DERRICK BANKS ET AL.                     :
                                              :
                              Defendants.       :
                                              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 28, 2025, the appearing parties in this action filed a stipulation of dismissal with prejudice as to the three appearing Defendants: Banks, Only The Family Entertainment, Inc., and OTF Label. (Dkt. 69.) The only remaining defendants are non-appearing Defendants Bonsu and TTMG, LLC. On June 18, 2025, the appearing Defendants filed a motion to dismiss (Dkt. 62), which remains pending. Accordingly, the motion to dismiss is deemed denied as moot, and by **November 10, 2025**, Plaintiff shall inform the Court as to how they intend to proceed with regard to the non-appearing defendants.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1